AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Brian Todd Walker<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. **8 : 24 M J 2021 CPT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ June 2, 2024 — JUNE 24 ᶜᵖ ___ in the county of _____ Manatee _____ in the
___ Middle ___ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Loretta Bush, SA, FBI
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: ___ JUNE 24, 2024 ___

_____
*Judge's signature*

City and state: _____ Tampa, Florida _____

Honorable Christopher P. Tuite, U.S.M.J.
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Loretta M. Bush, being duly sworn, depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since May 2016. I am presently assigned to the Sarasota Resident Agency's Suncoast Child Exploitation and Human Trafficking Task Force. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child sex trafficking, child pornography and the sexual exploitation of children, among other violations of federal law.

2.      From March 2021 to the present, I have worked crimes against children violations in the Tampa Division. I have participated in investigations of persons suspected of violating federal child pornography and child sex trafficking laws, including 18 U.S.C. §§ 2251, 2252, 2422, and 1591. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also received multiple trainings on crimes against children matters.

1

3.    This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Brian Todd WALKER **("WALKER")**, date of birth 09/20/1972. This affidavit sets forth facts sufficient to establish probable cause to believe that **WALKER** has committed a violation of 18 U.S.C. § 2422(b) (coercion or enticement of a minor).

4.    The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law-enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law-enforcement officers.  Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest **WALKER**, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE

5.    On or about June 2, 2024, the Sarasota Police Department (SPD) was notified by S.M. that his 12-year-old daughter (VICTIM 1) was being contacted by TikTok user "bubba52916", who S.M. believed to be Brian **WALKER (WALKER)**, a 51-year-old male, who lives very close to S.M. in Bradenton, Manatee County, Florida. S.M. stated that **WALKER** wanted to meet VICTIM 1 in person and that the conversations were sexual in nature.

2

6.    On or about June 3, 2024, members of the FBI Suncoast Child Exploitation and Human Trafficking Task Force (SCEHTTF) met with S.M., VICTIM 1, and S.M.'s 16-year-old son, L.N.

7.    Law enforcement learned that in the beginning of 2024, **WALKER** attempted to contact VICTIM 1's personal TikTok account. VICTIM 1 blocked **WALKER**.

8.    In or about March 2024, L.N. posted a video on his personal TikTok account which depicted VICTIM 1 in L.N.'s clothing. Shortly after posting the video, L.N. began to receive notifications that **WALKER** was viewing his account. L.N. confronted **WALKER** and asked why **WALKER** was stalking his profile. L.N. realized that **WALKER** believed **WALKER** was chatting with VICTIM 1. L.N. continued to chat with **WALKER** as though he were VICTIM 1.

9.    The communications between L.N. and **WALKER** began on or about March 12, 2024, and ended on June 3, 2024. During the conversation, **WALKER** identifies a 13-year-old female (MINOR 1) who lives in the same neighborhood as **WALKER**.

10.    During the chat, **WALKER** expressed interest in meeting VICTIM 1 in person after learning **WALKER** resides in the same community as VICTIM 1.

11.    On or about June 3, 2024, law enforcement obtained consent from S.M. to take over L.N.'s (who was posing as VICTIM 1) account and continue chatting with **WALKER**.

3

12.     On or about June 4, 2024, an FBI Tampa Online Covert Employee (OCE) began engaging in online communications with **WALKER** using L.N.'s account.

13.     Initially, the OCE advised **WALKER** that she was leaving for vacation in an effort to defer **WALKER's** attempts to meet in person. **WALKER** asked OCE about her interest in boys. **WALKER** told the OCE that he works for an airline and frequently flies.

14.     On June 8, 2024, **WALKER** requested to see more photos of the OCE on Snapchat and shared his account information. **WALKER** also told the OCE that he is attracted to females her age (12-years-old), that he prefers their "flat chests" or a girl that is "starting to bud." **WALKER** asked the OCE to be his girlfriend followed soon after by a request to "trade pics" on Snapchat. An excerpt of those conversations is as follows:

**WALKER:**  Obviously I know you are still growing and I like that

OCE: Really? Why do you like that?

OCE: You can tell me

**WALKER:** LXXXX it's what I am attracted to

**WALKER:**  I prefer a flat girl

**WALKER:**  Or just starting

**WALKER:** A girl that is starting to bud is great too

4

15.    **WALKER** told the OCE that he is also attracted to MINOR 1, who law enforcement confirmed is a 13-year-old minor female residing in the same community as **WALKER** and VICTIM 1.

16.    On June 13 and 14, 2024, **WALKER** asked the OCE if she had returned from vacation and when he learned she had not, asked for pictures of her in a swimsuit. **WALKER** told the OCE he likes girls her age but has never dated one before.

17.    Between June 14 and June 16, 2024, **WALKER** told the OCE that "bubba" is his nickname and that "Brian" is his real name. **WALKER** expressed his desire to spend a week in a hotel room with the OCE and continued to ask about her swimsuit. **WALKER** also asks for clarification on where exactly the OCE lives in the community to confirm they can meet in person.

18.    On June 16, 2024, **WALKER** began telling the OCE about his penis size and asked her about her sexual experience with boys. **WALKER** then began to tell the OCE about secret places in their community where they could go to engage in sexual activity and explained that he previously touched young girls in a sexual manner in those secret places before and asked the OCE if she would allow **WALKER** to "massage her chest" and told her that he "want[ed] to kiss you, all over your body."

19.    On June 16, 2024, **WALKER** asked the OCE about what her breasts look like. An excerpt of the conversation is as follows:

5

**WALKER:** Are your areolas, pink or brown?

**OCE:** r those my nipples

**WALKER:** Yes

**OCE:** pink hehe

**OCE:** I had to look

**WALKER:** Nice

**WALKER:** Are yours budding yet?

**WALKER:** Are they growing?

**OCE:** they r just starting

**OCE:** I know u said u like them flat

**WALKER:** Don't be sorry

**WALKER:** Baby! It's fine

**WALKER:** Just show me what you have

20. On June 17, 2024, the conversation between **WALKER** and the OCE continued. **WALKER** discussed his plans to purchase "little girls panties used" online. **WALKER** told the OCE that he would pay for the OCE's underwear "after you wore them all day, not cleaned. I want them to still have you on them." **WALKER** further explained that he likes to "smell" the underwear because it's a way for **WALKER** to be intimate with the OCE when they are not together." Additionally, **WALKER** expressed his desires to meet the OCE in person.

21. Between June 17 and June 20, 2024, **WALKER** made several statements acknowledging that **WALKER** and the OCE could never meet in person because it's "super illegal" and that he wished the two of them "could be together in society but it's forbidden."

22. On or about June 21, 2024, **WALKER** described a dream that he had where **WALKER** and the OCE were kissing and hugging at the community pool. **WALKER** further stated that he wanted to marry the OCE when she was in her 20's. **WALKER** also confirmed with the OCE on multiple occasions that their relationship was a "secret" and that she has not told anyone about him.

23. Between June 21 and June 23, 2024, **WALKER** attempted to convince the OCE to meet up with him alone at the community pool.

24. On June 23, 2024, **WALKER** messaged the OCE and indicated that **WALKER** went to the community pool to "see how many people were there." **WALKER** then began to engage in a sexual conversation with the OCE. **WALKER** told her that he "played" with a 9-year-old girl in the community before. **WALKER** explained that he put his face against her crotch and licked her vagina and explained "sexual gratification" to the OCE.

25. On June 23, 2024, **WALKER** asked the OCE if she has ever "put anything up there" and then encouraged her to "put a finger into your pussy it will feel nice." **WALKER** asked her to describe her experience to him as she did so.

7

26. Subsequently, **WALKER** became insistent on meeting the OCE in person. **WALKER** requested multiple times for the OCE to meet him at the pool on Monday, June 24, 2024.

27. On June 24, 2024, the OCE agreed to meet **WALKER** at the community pool. **WALKER** was surveilled driving his vehicle to the community pool once the OCE informed **WALKER** that she was on her way. **WALKER** was observed entering the pool area, using his phone, at the approximate time the OCE sent messages.

28. On June 24, 2024, members of the FBI Suncoast Child Exploitation and Human Trafficking Task Force arrested **WALKER**. **WALKER's** cell phone was seized and placed into evidence. **WALKER** was transported to the Sarasota, Florida FBI office.

29. **WALKER's** cell phone is an Apple iPhone 13. This cell phone is manufactured outside of the United States.

30. During a post-*Miranda* interview, **WALKER** admitted to being attracted to minor females. **WALKER** said he was supposed to meet a 12-year-old girl at the pool and provided the first name of VICTIM 1. **WALKER** said his intentions for meeting her were not sexual and that it was just to get a picture of her smile and see her face. **WALKER** confirmed speaking to the OCE who he believed to be VICTIM 1 but denied ever touching a child and said all of the conversations where he claimed to have touched a child in the past were fantasy. **WALKER** stated

8

he would never touch a child. **WALKER** said his wife knows he is attracted to children because many years ago she caught him emailing with an 8-year-old. **WALKER** said he was unsure if there was child sexual abuse material (CSAM) on his phone.

31.    Based on my training and experience with individuals who are sexually interested in children, I know that the terms "bud", "buds", and "budding" are used by said individuals to describe prepubescent females.

32.    **WALKER's** request on June 16, 2024, to VICTIM 1 (through the OCE) to "massage your chest" followed by his statement that he "wants to kiss you, all over your body" is an attempt to coerce and entice VICTIM 1 to engage in sexual activity for which any person can be charged with a criminal offense, specifically lewd or lascivious molestation upon a person less than 16 years of age, in violation of Fla. Stat. § 800.04(5)(a).

33.     Based on the foregoing, there is probable cause to believe that **BRIAN T. WALKER** committed a violation of coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b).

Loretta M. Bush, Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this _24_ day of June, 2024.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge