# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

## PSYCHOSEXUAL EVALUATION and RISK ASSESSMENT

**Name:** Brian Todd Walker
**DOB:** 09/20/1972 (52 YOA)
**Clinician:** Robert (Ruben) Drake LMHC NCC CAP
**Date of Interview:** 11/23/2024
**Date of Report:** 01/11/2025

## REFERRAL INFORMATION

Mr. Walker is a 52-year-old, white, married, unemployed (employed at the time of his arrest) male, who was referred by Attorney Maria Bastos of the Hanlon Law Group for a Psychosexual Risk Assessment. Mr. Walker was interviewed at the Hernando County Detention Center. He was dressed in inmate attire. Mr. Walker was charged with Coercion and Enticement of a Minor. Mr. Walker is being evaluated to offer an opinion to the court concerning his mental status, to offer an estimate concerning his risk of re-offense, and to provide recommendations for treatment.

## SOURCES OF INFORMATION
• Attorney communication – 11/21/2024
• Criminal Complaint = United States District Court for the Middle District of Florida
• Various Investigative Reports
• Clinical Interview – 11/23/2024

## ASSESSMENT INSTRUMENTS
• Minnesota Multiphasic Personality Inventory-3 (MMPI-3)
• Millon Clinical Multiaxial Inventory - IV (MCMI-IV)
• Bumby Cognitive Distortions Scale - Molest
• Sexual Questionnaire
• Static 99R risk assessment
• Stable 2007 risk assessment
• Sexual Violence Risk - 20 (SVR-20)
• Structured Assessment of Protective Factors (SAPROF)

## PRESENT MENTAL STATUS

Mr. Walker was dressed in inmate attire, he appeared to be his stated age, and his personal hygiene was adequate. He was generally cooperative in the interview, and did not appear to be under the influence of drugs. The patient was oriented to person, place, and time, and speech was sequential and clear. Thoughts were clear, coherent, and goal-directed, and no delusions were present. Reasoning, judgment, and planning were intact and functional. Memory was grossly intact, and the patient appeared to exhibit average intellectual abilities. There was no

1

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788  517-420-4542

indication of any thought disturbance either in terms of the structure of thoughts, the presence of delusions, or perceptual disturbances.  The patient was asked how he was feeling and he reported "apprehensive" because he is being tested and he is regretful for his past actions.  He denied any current or recent suicidal or homicidal ideation.

## NOTIFICATION
Mr. Walker was interviewed on 11/23/2024 at the Hernando County Detention Center.  Mr. Walker was informed of the nature and purpose of the evaluation and potential limited confidentiality of the report.  He was provided with an opportunity to ask questions regarding the evaluation and the evaluation process.  He was informed that he did not have to answer the questions posed to him and he did not have to submit to testing if he did not wish to do so.  He indicated his willingness to proceed considering the potential limits of confidentiality.

## CURRENT LIVING SITUATION
Mr. Walker is currently housed at the Hernando County Detention Center.  At the time of his arrest, he was living at 15812 High Bell Place, Bradenton, Florida 34212.  Mr. Walker lived in this five bedroom, two and one-half bath residence with his wife and two sons aged 9 and 12 years of age.

## DEVELOPMENTAL/SOCIAL HISTORY
Mr. Walker was born in Knoxville, Tennessee, and he lived there for the first six months of his life before moving to Kansas City.  He believes he lived in Kansas City for one and a half years and the family then moved to Wisconsin.  Mr. Walker stated that his father was a "wholesale salesman of different sorts."  He lived in Wisconsin until he was approximately fourteen years of age and at that time his mother and father separated.  Mr. Walker moved to Florida and lived there for approximately one year until moving to Iowa with his mother.  Mr. Walker has one older brother.  Mr. Walker stated that he got along very well with everyone in his family.  Mr. Walker stated that his father was an alcoholic and Mr. Walker experienced emotional, and physical abuse in the home.  He denied any history of sexual abuse. Mr. Walker stated that his father is now deceased.

## EDUCATION/ WORK/CAREER
Mr. Walker reported that he was held back in the 7th grade because of behavioral problems that he attributes to an unstable home life, and he did not generally do well in school.  Mr. Walker left high school in the 10th grade, and he later achieved a GED at 19 years of age.  He entered the Army at 23 years of age and served two years active duty and 6 years "inactive ready reserve".  He received an Honorable Discharge.  Mr. Walker first job was when he was 14 years of age in a bar/restaurant; stocking, working in the kitchen, and doing odd jobs, and he held this job for approximately six months.  His next job was in Iowa when he was in high school in a pet shop.  When he was 18 years of age, he moved to Florida to live with his father and worked at Foot Locker during the Christmas season.  He then worked at Pizza Hut and maintained that job for approximately two years.  He moved back to Iowa to live with his mother and worked at a Marriott Hotel doing various jobs and he was there for approximately one and a half years.  He enlisted in the Army when he was 23 years of age and served two years active service and six years inactive reserve.  He worked for Signature Flight Support during his inactive reserve years.

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788    517-420-4542

Mr. Walker moved to Arizona when he was 26 years of age and worked at Sawyer Aviation and part-time as a limousine driver.  In October of 1999 he was hired by Southwest Airlines as a flight attendant, and he held this job until his arrest for the instant offense.

## SEXUAL/RELATIONSHIP HISTORY

Mr. Walker first engaged in sexual behavior when he was 14 years of age with a same-age female (fondling/petting/intercourse).  He had a brief relationship with a 19-year-old female when he was 14 years of age, and they engaged in fondling, digital penetration, and oral sex. (Please note that this is considered sexual abuse victimization by the female).  Mr. Walker stated that he has had approximately 50 sexual partners in his life.  He reported he is exclusively heterosexual, and he has never had sexual contact with a minor when he was an adult.  Mr. Walker was 36 years of age when he met his wife, Ruth Centino Walker, and they have been married for 15 years and have two sons aged nine and 12 years of age.  Mr. Walker stated that for 12 years the marriage was very good and they then "grew apart" and argued frequently.  He and his wife are currently in the process of divorce.  Mr. Walker stated that they remain supportive of each other and his wife wants him to be a part of his sons' lives.

Mr. Walker denied any history of exhibitionism, voyeurism, frottage, bestiality, sadistic-masochistic behaviors, or other fetishes.  Mr. Walker stated that he was introduced to pornography by his father when he was 19 years of age.  He also viewed erotic magazines (Playboy, Penthouse, Hustler, Club, etc.), that his brother possessed.  His self-report of masturbation frequency was within normal limits.  He has employed a prostitute on four occasions, and he has visited internet sexual chat rooms and engaged in webcam sexual activity. He reported that he has never attended a massage parlor or other establishment for sexual gratification.

## SUBSTANCE USE HISTORY

Mr. Walker first drank alcohol when he was 14 years of age, and he was arrested for DUI when he was 19 years of age.  According to information submitted by his attorney, Mr. Walker; "a few years ago went to rehab for alcohol abuse in California."  When Mr. Walker was asked about this, he stated that he attended an alcohol rehabilitation program for 68 days plus 8 days of detox. He admitted that he returned to drinking following his treatment.  At the time of his arrest, he typically drank four to six drinks a day.  Mr. Walker believes he was drinking excessively "the last couple of years" and this contributed to the deterioration of his marriage.  Mr. Walker was approximately 20 years of age when he first smoked marijuana, and he did not like the substance and did not continue to use it.  Mr. Walker stated that he used medications (hydrocodone) that were not prescribed for him in the past.  He denied that he became addicted to the opiates.  Mr. Walker reported that he last used opiate drugs 9 years ago.  He denied the use of any other illicit drugs or any further use of illicit prescription medications.

## MENTAL HEALTH HISTORY

Mr. Walker reported he has never been diagnosed with a mental health disorder.  He denied ever being prescribed psychotropic medication.  He denied ever being placed in a psychiatric care facility and denied any history of suicidal or homicidal ideation.

3

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

## MEDICAL HEALTH HISTORY

Mr. Walker stated that he is taking medications to control hypertrophic cardia myopathy (heart condition) and blood pressure. He did not know the names of these medications at the time of the interview.

## LEGAL HISTORY

Mr. Walker denied arrests as a juvenile. At the age of 19 he was convicted of DUI. There are no other known arrests or convictions.

## PSYCHOLOGICAL TESTING

## MINNESOTA MULTIPHASIC PERSONALITY INVENTORY-3 (MMPI-3)

The Minnesota Multiphasic Personality Inventory is the most researched and widely used psychological assessment instrument. The MMPI-3 conceptualizes personality and psychopathology as a hierarchical arrangement of relatively narrow, focused, dimensional constructs. 50–60 clinically relevant characteristics are measured to describe the individual. The following information is from the interpretive report provided by Pearson Assessments.

## SYNOPSIS

This is a valid MMPI-3 protocol. Scores on the Substantive Scales indicate emotional, behavioral, and interpersonal dysfunction. Emotional-internalizing findings relate to compulsivity. Behavioral-externalizing problems include antisocial behavior, juvenile conduct problems, and substance abuse. Interpersonal difficulties relate to a dislike of people and being around them.

## PROTOCOL VALIDITY

This is a valid MMPI-3 protocol. There are no problems with unscorable items. The test taker responded to the items relevantly on the basis of their content, and there are no indications of over- or under-reporting.

## SUBSTANTIVE SCALE INTERPRETATION

Clinical symptoms, personality characteristics, and behavioral tendencies of the test taker are described in this section and organized according to an empirically guided framework. Statements containing the word "reports" are based on the item content of MMPI-3 scales, whereas statements that include the word "likely" are based on empirical correlates of scale scores.

Somatic/Cognitive Dysfunction
There are no indications of somatic or cognitive dysfunction in this protocol.

Emotional Dysfunction
The test taker reports engaging in compulsive behavior. He indeed likely engages in compulsive behavior such as repeated checking, experiences obsessions, and is rigid and perfectionistic.

4

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

Thought Dysfunction
There are no indications of disordered thinking in this protocol.

Behavioral Dysfunction
The test taker reports a pattern of disconstrained behavior. He likely is behaviorally disconstrained and engages in externalizing behaviors. More specifically, he reports a significant history of acting-out, antisocial behavior and likely has poor impulse control, has been involved with the criminal justice system, and has difficulties with individuals in positions of authority. He also likely acts out when bored and has antisocial characteristics. In particular, he reports a history of juvenile conduct problems. He likely has a history of juvenile delinquency and criminal and/or antisocial behavior and experiences conflictual interpersonal relationships. He also reports significant past and current substance abuse, and indeed likely has a history of problematic use of alcohol or drugs, including misuse of prescription medication, is sensation-seeking, and has had legal problems as a result of substance abuse.

Interpersonal Functioning Scales
The test taker reports disliking people and being around others, preferring to be alone. He very likely is asocial and socially introverted, but his asocial behavior is not associated with social anxiety.


**DIAGNOSTIC CONSIDERATIONS**
This section provides recommendations for psychodiagnostic assessment based on the test taker's MMPI-3 results if his score reaches or exceeds the recommended cutoff in the MMPI-3 Manual for Administration, Scoring, and Interpretation. It is recommended that he be evaluated for the following:

Emotional-Internalizing Disorders
- Obsessive-compulsive disorder


Behavioral-Externalizing Disorders
- Features of personality disorders involving disinhibited behavior
- Antisocial personality disorder, substance-related disorders, and other externalizing disorders

Interpersonal Disorders
 - Disorders involving lack of interest in close relationships


**TREATMENT CONSIDERATIONS**
This section provides inferential treatment-related recommendations based on the test taker's MMPI-3 scores.

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

**Psychotherapy Process Issues**
- Acting-out tendencies can result in treatment non-compliance and interfere with the development of a therapeutic relationship.
- His aversive response to close relationships may make it difficult to form a therapeutic alliance and achieve progress in treatment.

**Possible Targets for Treatment**
- Obsessive-compulsive thoughts and behaviors
- Inadequate self-control
- Substance abuse

## ITEM-LEVEL INFORMATION
<u>Unscorable Responses</u>
The test taker produced scorable responses to all the MMPI-3 items.

<u>Critical Responses</u>
Seven MMPI-3 scales—Suicidal/Death Ideation (SUI), Helplessness/Hopelessness (HLP), Anxiety-Related Experiences (ARX), Ideas of Persecution (RC6), Aberrant Experiences (RC8), Substance Abuse (SUB), and Aggression (AGG)—have been designated by the test authors as having critical item content that may require immediate attention and follow-up. Items answered by the individual in the kWalkerd direction (True or False) on a critical scale are listed below if his T score on that scale is 65 or higher. However, any item answered in the kWalkerd direction on SUI is listed.

Substance Abuse (SUB, T Score = 74)

-   End of Pearson MMPI-3 Interpretive Report  -


## MILLON CLINICAL MULTIAXIAL INVENTORY-IV (MCMI-IV)
The MCMI-IV is a psychological assessment tool intended to provide information on psychopathology, including specific psychiatric disorders outlined in the Diagnostic and Statistical Manual of Mental Disorders 5 (DSM-5). The following information is from the interpretive report provided by Pearson testing.

## REPORT SUMMARY
MCMI-IV reports are normed on patients who were in the early phases of assessment or psychotherapy for emotional discomfort or social difficulties.  Respondents who do not fit this normative population or who have inappropriately taken the MCMI-IV for nonclinical purposes may have inaccurate reports.  The MCMI-IV report cannot be considered definitive.  It should be evaluated in conjunction with additional clinical data.  The report should be evaluated by a mental health clinician trained in the use of psychological tests.

6

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

Interpretive Considerations

The patient is a 52-year-old separated white male with some college or technical school or an associate degree. He is currently being seen as a correctional offender, and he reports that he has recently experienced problems that involve his use of alcohol and marriage or family problems. The self-reported difficulties presented in this report, which have occurred for an undetermined period of time, may take the form of a clinical syndrome disorder.

Profile Severity

On the basis of the test data, it may be reasonable to assume that the patient is experiencing a moderately severe mental disorder; further professional study may be advisable to assess the need for ongoing clinical care. The text of the following interpretive report may need to be modulated only slightly upward or downward given this probable level of severity.

Possible Diagnoses

He appears to fit the following personality disorder classifications best: Schizoid Personality Type, Dependent Personality Style, and Compulsive Personality Style.

Clinical syndromes are suggested by the patient's MCMI-IV profile in the area of Alcohol Use Disorder.

Therapeutic Considerations

This person may have developed a pattern of relating to others in a retiring, listless, and dejected manner. A poor reporter of his personal history and increasingly withdrawn from his problems, he may be difficult to engage in therapeutic intervention. Enlisting the aid of family members and emphasizing focal techniques may be useful in maximizing compliance and achieving a measure of progress.

## RESPONSE TENDENCIES

No adjustments were made to the BR scores of this individual to account for any undesirable response tendencies. The response style of this patient showed no unusual test-taking attitude that would distort MCMI-IV results.

## CLINICAL SYNDROMES

The features and dynamics of the following clinical syndromes appear worthy of description and analysis. They may arise in response to external precipitators but are likely to reflect and accentuate several of the more enduring and pervasive aspects of this man's basic personality makeup. Recurrent periods of alcohol abuse appear to be a major problem for this man. Anxious, lonely, and socially apprehensive, he likely finds alcohol to be a useful lubricant that reduces tensions, stirs fantasies of enhanced esteem, and permits the quick dissolution of psychic pain. By disconnecting his preoccupation over social rejection and isolation, alcohol serves to undo his sense of alienation and to bolster his diminished self-confidence. To him, it provides a respite from the anguish and frustration that characterizes much of his life.

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

## NOTEWORTHY RESPONSES

The patient answered the following statements in the direction noted in parentheses. These items suggest specific problem areas that the clinician may wish to investigate.

Interpersonally Alienated.
I take great care to keep my life private so no one can take advantage of me. (True)

Emotional Dyscontrol
I have a great deal of trouble trying to control an impulse to drink in excess. (True)

Explosively Angry
As a teenager, I got into lots of trouble because of bad school behavior. (True)

Prescription Drug Abuse
I have taken prescription medication that was not meant for me. (True)

## POSSIBLE DSM-5® DIAGNOSES

The following diagnostic assignments should be considered judgments of personality and clinical prototypes that correspond conceptually to formal diagnostic categories. The diagnostic criteria and items used in the MCMI-IV differ somewhat from those in the DSM-5, but there are sufficient parallels in the MCMI-IV items to recommend consideration of the following assignments. It should be noted that several DSM-5 clinical syndromes are not assessed in the MCMI-IV. Definitive diagnoses must draw on biographical, observational, and interview data in addition to self-report inventories such as the MCMI-IV. Before each disorder name, ICD-9-CM codes are provided, followed by ICD-10-CM codes in parentheses.

Clinical Syndromes
The major complaints and behaviors of the patient parallel the following clinical syndrome diagnoses, listed in order of their clinical significance and salience.

305.00 (F10.10) Alcohol Use Disorder

Course: The clinical syndromes described previously tend to be relatively transient, waxing and waning in their prominence and intensity depending on the presence of environmental stress.

Personality Disorders
Deeply ingrained and pervasive patterns of maladaptive functioning underlie clinical syndromal pictures. The following personality prototypes correspond to the most probable DSM-5 diagnoses that characterize this patient. Personality configuration composed of the following:
Schizoid Personality Type
Dependent Personality Style
and Compulsive Personality Style

Course: The major personality features described previously reflect long-term or chronic traits that are likely to have persisted for several years prior to the present assessment.

8

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

Psychosocial and Environmental Problems
In completing the MCMI-IV, this individual identified the following problems that may be
complicating or exacerbating his present emotional state. They are listed in order of importance
as indicated by the patient. This information should be viewed as a guide for further investigation
by the clinician. - Use of Alcohol - Marriage or Family Problems.

-   End of Pearson MMPI-3 Interpretive Report  -

**Sexual Compulsivity Questionnaire**
This questionnaire is not a scientifically validated instrument. It is a tool intended to provide
more information to the assessor in regard to compulsive sexual attitudes and behaviors. Mr.
Walker answered "sometimes" to statements; "How often have you felt guilty or shameful about
aspects of your sexual behavior", "How often have you concealed or hidden your sexual feelings
from others", "How often have you made pledges or promises to change or alter your sexual
behavior", "How often have you felt emotionally distant when having sex with others", " How
often have you had sex or masturbated more than you wanted to".

**Bumby Cognitive Distortions Scale – Molest Scale**
Cognitive distortions are commonly viewed as an important factor in the assessment and
treatment of sexual offenders. This assessment contains 37 items that are identified as common
thinking errors of individuals involved in child molestation. Mr. Walker did not endorse any of
the cognitive distortions on this instrument.

## RISK ASSESSMENT

Please note that the risk assessment instruments used in this evaluation are designed for adult
males who have been charged with or convicted of at least one sex offense against a child or
non-consenting adult. Risk assessments for sexual offenders are measured on different factors.
Those factors are Static Factors (factors that cannot change and are based on past behaviors),
such as criminal history, offense, and age; Stable Factors (factors that may change over time),
such as personality disorders and age, and Acute Factors (factors that may change quickly) such
as mood, intoxication, or victim access. Mr. Walker was administered three assessment
instruments to measure static and stable risk factors; the STATIC 99R, the STABLE 2007, and
the SVR-20v2, and one assessment instrument to measure dynamic protective factors; the
SAPROF.

**STATIC 99R**
The STATIC-99R (Revised-2003) is an instrument designed to assist in the prediction of sexual
and violent recidivism for adult male sexual offenders, using static factors. The STATIC-99R
consists of 10 items and produces estimates of future risk based upon the number of risk factors
present in any one individual. The risk factors included in the risk assessment instrument are the
presence of prior sexual offenses, having committed a current non-sexual violent offense, having
a history of non-sexual violence, the number of previous sentencing dates, age less than 25 years

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

old, having male victims, having never lived with a lover for two consecutive years, having a history of non-contact sex offenses, having unrelated victims, and having stranger victims.

The recidivism estimates provided by STATIC-99R are group estimates based upon reconvictions and were derived from groups of individuals with these characteristics. As such, these estimates do not directly correspond to the recidivism risk of an individual offender. The offender's risk may be higher or lower than the probabilities estimated in the STATIC-99 depending on other risk factors not measured by this instrument, such as stable or acute factors. (See STABLE-2007 below and Discussion section of this report)

Static 99R

| RISK FACTOR | SCORE | COMMENT |
|---|---|---|
| 1. Age<br>Aged 18 to 34.9 =1<br>Aged 35 to 39.9 = 0<br>Aged 40 to 59.9 = -1<br>Aged 60 or older = -3 | -1 | Research shows that sexual recidivism is more likely in an offender's early adult years than in an offender's later adult years. (Mr. Walker is 52-years-of-age) |
| 2. Ever Lived with An Intimate Partner > 2 Years | 0 | Research suggests that an intimate connection with someone may be a predictive factor against sexual reoffending. Mr. Walker reported that he has been married for approximately 15 years. |
| 3. Index Nonsexual Violence | 0 | Literature indicates that having a separate conviction for a non-sexual violent offense at the time a defendant is convicted of their index offense shows a small positive relationship with sexual recidivism. No evidence of index nonsexual violence. |
| 4. Prior Nonsexual Violence | 0 | The presence of non-sexual violence suggests deliberate or reckless aggression, and research shows a small positive relationship with sexual recidivism. No evidence or prior nonsexual violence. |
| 5. Prior Sex Offenses | 0 | Prior sex offenses are a predictive factor for sexual recidivism. No evidence of prior offenses. |

10

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788    517-420-4542

| 6. Prior Sentencing Dates | 0 | Having a criminal history is a predictor of future criminal behavior. To receive a score on this item, an individual must have four or more sentencing dates on his adult criminal record. |
| --- | --- | --- |
| 7. Any Convictions for Non-Contact Sex Offenses | 0 | Convictions for prior non-contact sexual offenses include such crimes as exhibitionism, possession of obscene material, obscene phone calls, voyeurism, and sexual harassment. No Evidence. |
| 8. Any Unrelated Victims | 1 | Offenders who offend against family members recidivate at a lower rate compared to those who have victims outside their immediate family. The intended victims were portrayed as unrelated females. |

| 9. Any Stranger Victims | 1 | Research shows that having a stranger victim is related to sexual recidivism. The intended victims were portrayed as strangers. |
| --- | --- | --- |

| 10. Any Male Victims | 0 | Research shows that offenders who offend against male children or adults recidivate at a higher rate compared to those who do not have male victims. It does not appear that Mr. Walker was soliciting males. |
| --- | --- | --- |

Mr. Walker scored one (1) on this instrument. Please see recidivism estimates combining the STATIC-99R and the STABLE 2007 results in the Summary Discussion section of this report.

## STABLE-2007
The STABLE-2007 is a specialized tool designed to assess and track changes in risk status over time by assessing changeable "dynamic" risk factors. "Stable" dynamic risk factors are personal skill deficits, predilections, and learned behaviors that correlate with sexual recidivism but that can be changed through a process of "effortful intervention". Should "effortful intervention" (read: treatment or supervision) take place in such a way as to reduce these risk-relevant factors there would be a concomitant reduction in the likelihood of sexual recidivism. Risk factors are scored as two (2) for evidence of the risk factor, one (1) for partial evidence of the factor, and zero (0) for no discernable evidence of the risk factor.

| Scoring Items | Comments | Score |
| --- | --- | --- |
| Significant Social Influences | Mr. Walker stated that he has 15 to 20 friends, and his family is supportive. He reports that all these individuals are positive social influences, and he has no negative influences resulting in a score of zero (0). | 0 |

11

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

| | | |
|---|---|---|
| Capacity for Relationship Stability | Mr. Walker has been married for approximately 15 years and has two sons aged 9 and 12. Mr. Walker stated that he and his wife are getting a divorce, and he is not currently in an intimate relationship. | 1 |
| Emotional ID with Children | A review of the investigative information indicated that Mr. Walker was conversing with an individual that he believed was 12 years of age and he was claiming that he was attracted to pre-pubescent females.  The report delineated another conversation with an individual (appeared to be an adult) about his sexual preference for children. This question addresses "emotional identification with children" and there was not enough evidence to discern whether his motives were based upon deviant sexual attraction or "emotional" attraction. A score of one (1) was given for partial evidence. | 1 |
| Hostility Toward Women | No evidence to support this and no history of domestic violence. | 0 |
| General Social Rejection/Loneliness | Mr. Walker reports that he is supported by his friends and family. Please note that the MMPI-3 report stated; "*The test taker reports disliking people and being around others, preferring to be alone. He very likely is asocial and socially introverted, but his asocial behavior is not associated with social anxiety.*" Insufficient evidence to positively issue a score here. | 0 |
| Lack of Concern for Others | The subject expresses remorse over being charged with a sexual offense and he has concern for his family and children due to the impact of the allegations. No evidence of callousness as would generally be accompanied with a significant criminal history and there was no evidence of a prior criminal history. | 0 |
| Impulsive | Mr. Walker denied any problems related to impulsiveness. Psychological testing indicated a low degree of impulsivity. | 0 |
| Poor Problem-Solving Skills | No evidence discovered that would indicate poor problem-solving skills.  It appears that his occupation involves a high degree of pragmatic problem solving.  He also reported that he has managed his finances well and has enough to stop working. | 0 |
| Negative Emotionality | He does not blame others or "the system" for his personal problems.  Testing (see MMPI-3 and MCMI-IV above) did not identify significant elevations for negative emotionality. | 0 |
| Sex Drive/Sexual Preoccupation | Mr. Walker reported that he viewed pornography daily and he would masturbate one to two times a day. It appears that Mr. Walker was conversing with others on the internet about his attraction to minors and about his recurring fantasies about minors. | 2 |

12

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

| Sex as Coping | Mr. Walker stated that he would use pornography and masturbation as coping mechanisms. | 2 |
| Deviant Sexual Preferences | Investigative information reported that Mr. Walker reported that he has recurring sexual fantasies about female minors and expressed his preference for pre-pubescent physical characteristics (Tanner Stage 2) | 2 |
| Cooperation with Supervision | There is no evidence that Mr. Walker has ever been supervised (probation, parole, etc.) | 0 |
| | **Total (out of 26):** | 8 |

Note. Interpretive Ranges: 0-3 = Low; 4-11 = Moderate; 12+ = High

## SEXUAL VIOLENCE RISK–20 Version 2 (SVR-20v2)

The SVR-20v2 was developed primarily for use in sexual violence risk assessment conducted in criminal and civil forensic contexts. The risk factors incorporated in the SVR-20v2 are associated with risk for future violence among individuals who have already committed an offense. The SVR-20v2 consists of twenty risk factors. Risk factors are scored as "Y" = Evidence of the risk factor, "P" = Possible/partial evidence of the risk factor, and "N" = No evidence of the risk factor.

1. Sexual Deviation – (Y) Investigative information reported that Mr. Walker identified himself as a pedophile and expressed his preference for females with young physical characteristic (Tanner Stage 1 and 2).

2. Sexual Health Problems – (N) Subject denied any sexual health problems.

3. Victim of Child Abuse – (Y) Mr. Walker stated that he witnessed the psychological and physical abuse of his mother perpetrated by his father. At the age of 14 he was sexually abused by a 19-year-old female.

4. Psychopathic Personality Disorder – (N) This was not tested using the Psychopathy Checklist (PCL). Mr. Walker would most likely not qualify for a diagnosis of Psychopathy or Antisocial Personality Disorder because he does not evidence a significant legal history that would suggest this diagnosis and he does not present as callous. Psychological testing suggested that Mr. Walker's test responses suggested a high level of behavioral disconstraint and anti-social traits.

5. Major Mental Health Disorder – (N) Mr. Walker denied any prior mental health diagnoses. He denied ever being prescribed psychotropic medications. He meets the criteria for Alcohol Use Disorder. See Substance Use Problems below.

6. Substance Use Problems – (Y) Mr. Walker began drinking at the age of 14 and he was arrested for DUI at the age of 19. He self-reported that alcohol abuse problems negatively impacted his marriage. He attended detox and recovery treatment but did not maintain abstinence. He reported he was drinking four to six drinks daily. He admitted to using others' prescription drugs.

13

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

7. Suicidal/Homicidal Ideation – (N) Mr. Walker denied any history of suicidal or homicidal ideation.

8. Relationship Problems – (Y) Mr. Walker is currently involved in a separation and divorce. Please note that the MMPI-3 report stated; *"The test taker reports disliking people and being around others, preferring to be alone. He very likely is asocial and socially introverted, but his asocial behavior is not associated with social anxiety."*

9. Employment Problems – (P) He is currently unemployed after his arrest and he does not want return to work. He believes he has enough resources to retire from the work force. He was scored (P) due to his current unemployment.

10. Non-sexual Offending – (N) Mr. Walker denied any history of offending other than a DUI arrest when he was 18 years of age and there was no evidence to contradict his report.

11. Chronic Sexual Offending – (N) No evidence.

12. Diverse Sexual Offending – (N) No evidence.

13. Physical Harm in Sexual Offending – (N) No evidence.

14. Psychological Coercion in Sexual Offending – (N) No evidence.

15. Escalation in Sexual Offending – (N) No evidence.

16. Extreme minimization/denial of offenses – (Not Scored) Mr. Walker did not overtly confirm or deny that he was culpable for the offenses as described but please note that note that Mr. Walker has not been convicted of the instant offense(s).

17. Attitudes that support or condone offenses – (P) There is no evidence of a persistent anti-social attitude or entrenched cognitive errors that support sexual victimization and/or the abuse of minors. This factor was scored as partial evidence due to discovery statements indicating that Mr. Walker stated that he had an attraction to minors.

18. Lacks realistic plans – (N) Mr. Walker stated that he would like to live with his mother and help to care for her. He stated that he does not want to go back to steady employment because he has a retirement fund that will support him.

19. Negative attitude toward intervention – (N) Mr. Walker stated that he would cooperate with any interventions required by the court.

20. Negative Attitude Toward Supervision – (N) No evidence. He does not present as uncooperative.

See this writer's overall risk assessment for Mr. Walker in the Summary/Discussion section of this report.

# R. Drake Counseling Inc.
7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

## STRUCTURED ASSESSMENT OF PROTECTIVE FACTORS (SAPROF)

The SAPROF was developed to complement the assessment of the risk of future violent behavior or sexually violent behavior in offenders and forensic psychiatric patients. The risk assessment of future violent behavior becomes more balanced if protective factors that may compensate for risk factors such as those coded in the SVR-20v2 and related tools, are identified. Moreover, insight into the presence or absence of protective factors may give a more complete view of the individual in his or her context and may offer guidelines for treatment and risk management. Please note a higher score on this instrument indicates a higher level of protective factors that can mitigate the individual's risk of re-offense.

The results of the Structured Assessment of Protective Factors (SAPROF) assessment tool are presented below. Please note that a higher score indicates a higher level of protective factors.

### SAPROF

| Internal Items | Comments | SCORE 0=NOT PRESENT 1=PRESENT TO SOME EXTENT 2= CLEARLY PRESENT |
|---|---|---|
| 1. Intelligence<br>0 = below average intelligence<br>1 = average intelligence<br>2 = above average intelligence | Mr. Walker presented as being in the average intelligence range. | 1 |
| 2. Secure attachment in childhood | Mr. Walker stated that he got along very well with everyone in his family. Please note that Mr. Walker also stated that his father was an alcoholic, and Mr. Walker witnessed the psychological and physical abuse of his mother perpetrated by his father. Mr. Walker described numerous changes of residences. | 1 |
| 3. Empathy | Mr. Walker expressed concern about his arrest. He identified his family as secondary victims of his arrest. There was no evidence of persistent general callousness, or a criminal history indicative of a persistent lack of empathy for others. He scored a one (1) for partial evidence. | 1 |

15

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

| | Comments | Score |
|---|---|---|
| 4.  Coping | Please note that he self-reported that he viewed pornography to assuage negative mood states.  Please note that Mr. Walker himself reported that he was abusing alcohol at the time of his arrest, and he had a history of alcohol abuse. | 0 |
| 5.  Self-control | Mr. Walker was arrested and charged with Coercion and Enticement of a Minor. He reported that he viewed pornography daily. Walker stated that he was abusing alcohol at the time of his arrest, and he has a history of alcohol abuse problems.  Mr. Walker's psychological testing expressed concerns about Mr. Walker's responses that suggested he has problems with disconstrained behaviors.  It appears that he maintained steady employment and supported a family. | 1 |
| **Motivational factors** | **Comments** | SCORE 0=NOT PRESENT 1=PRESENT TO SOME EXTENT 2= CLEARLY PRESENT |
| 6.  Work | Mr. Walker is currently unemployed. He reported that his unemployment was prompted by his arrest although he believed that his work performance declined due to his alcohol use. There was no evidence of employment problems an it appears that he was steadily employed. | 1 |
| 7.  Leisure Activities | Mr. Walker stated that he participates in numerous leisure activities including fishing and boating. | 2 |

16

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

| | | |
|---|---|---|
| 8. Financial Management | Mr. Walker denied financial problems. He stated that he has accrued financial resources and has saved enough money to retire. | 2 |
| 9. Motivation for Treatment | Mr. Walker was informed that he would likely to be assigned to treatment in the future and he was asked if he thought he would benefit from treatment. He stated that he would cooperate with treatment. He did not present with a desire to engage in treatment. | 1 |
| 10. Attitudes Towards Authority | Mr. Walker denied any significant behavioral problems with authority figures. Mr. Walker denied a significant criminal history. There was no evidence of employment problems that would indicate problems directly related to problems with authority. | 2 |
| 11. Life Goals | Mr. Walker stated that he would like to live with his mother and help to care for her. He stated that he does not want to go back to steady employment because he has a retirement fund that will support him. | 2 |
| 12. Medication | Mr. Walker is prescribed medications for: Hypertension and Hypertrophic cardiomyopathy (HCM) i.e. High Blood Pressure and a Heart Disease Condition | 2 |
| **External factors** | **Comments** | SCORE 0=NOT PRESENT 1=PRESENT TO SOME EXTENT 2= CLEARLY PRESENT |
| 13. Social network | Mr. Walker identified his family as a support network. He also reported that he has | 2 |

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

| | numerous friends. He denied any associations with friends/acquaintances exhibiting negative attitudes or involved in criminal behavior. Mr. Walker denied that anyone in his social group is engaged in drug abuse or alcohol abuse. | |
|---|---|---|
| 14. Intimate relationship | Mr. Walker reported that he was married for 15 years. He and his wife are now separated and seeking divorce. He is not currently involved in an intimate relationship. | 0 |
| 15. Professional care | It is recommended that he participate in sex offense specific treatment and substance abuse treatment. | 2 if treatment is prescribed. 0 if it is not. |
| 16. Living circumstances | Mr. Walker stated that he plans on living with his mother and the accommodations are comfortable. He is currently housed in the Hernando County Detention Center. | 1 |
| 17. External control | It is expected that Mr. Walker will be supervised in the community and he will be required to abide by supervision rules. It is expected that he will be required to attend treatment with a qualified sex offender therapist, that he will be periodically examined by a polygraph examiner. It is recommended that he also attend substance abuse treatment to address alcohol abuse. | 2 if under supervision 0 if he is not. |
| **Other Considerations** | See the Discussion section. | |
| **Final Protection Judgement and Integrative Final Risk Judgement** | The final protection judgement here is based upon the SVR-20v2 and the SAPROF. This judgement uses structured clinical judgement for the final determination. At the present | OVERALL **LOW RISK for sexual re-offense if treatment and supervision** |

18

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788    517-420-4542

| SAPROF + SVR-20 | time Mr. Walker is judged to be a moderate to low risk of re-offense.  If the recommendations offered in this report are followed it is my opinion that he would present as a low risk or re-offense. | recommendations are followed.<br><br>**MODERATE RISK** of re-offense if the recommendations are **not** followed. |
|---|---|---|
|  |  |  |

## SUMMARY and DISCUSSION

I could find no evidence of prior sexual offense behaviors during this assessment or by records reviewed.

Mr. Walker denied any arrests as a juvenile.  He reported he was arrested at the age of 19 for DUI.

Mr. Walker would most likely not qualify for a diagnosis of Psychopathy or Antisocial Personality Disorder because he does not evidence a significant legal history that would suggest this diagnosis, and he does not present as callous. Psychological testing did not identify anti-social personality disorder.

Mr. Walker completed two psychological assessment instruments to identify mental health disorders and/or personality disorders.  The MMPI-3 and MCMI-IV reports evidenced mental health concerns.  The MMPI-3 reported; "Scores on the Substantive Scales indicate emotional, behavioral, and interpersonal dysfunction.  Emotional-internalizing findings relate to compulsivity.  Behavioral-externalizing problems include antisocial behavior, juvenile conduct problems, and substance abuse.  Interpersonal difficulties relate to a dislike of people and being around them.  The MCMI-IV reported that Mr. Walker's test results suggested the following diagnosis: 305.00 (F10.10) Alcohol Use Disorder.

Mr. Walker began drinking at the age of 14 and he was arrested for DUI at the age of 19.  He self-reported that alcohol abuse problems negatively impacted his marriage. He attended detox and recovery treatment but did not maintain abstinence.  He reported he was drinking four to six drinks daily.  He admitted to using others' prescription drugs.  Psychological testing (MMPI-3 and MCMI-IV) identified alcohol abuse as a likely treatment need.  Substance abuse treatment with after-care monitoring if a priority for Mr. Walker.

19

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788  517-420-4542

Please note that the risk assessment instruments presented in this evaluation are intended for convicted offenders. The goal of this assessment is to provide as much information as possible to the involved parties (court, attorneys, treatment personnel, etc.) concerning Mr. Walker's needs and protective factors.

Static-99R is an actuarial risk assessment instrument designed to assess risk of sexual recidivism for adult males who have already been charged with or convicted of at least one sex offence against a child or a non-consenting adult. This assessment addresses historical factors that are static and therefore not likely to change. For the assessment of Mr. Walker, a summary of the seven allowable categories of risk factors considered by this instrument results in his having a score of one (1), with a possible range of -3 to 12. According to the Static-99R & Static-2002R Evaluators' Workbook by L. Maaike Helmus, Seung C. Lee, Amy Phenix, R. Karl Hanson, & David Thornton (September 28, 2021), this places Mr. Walker's score places him in the average risk level for historical factors.

Static-99R risk levels:
Level I – Very low risk (Scores of -3 and -2)
Level II – Below average risk (Scores of -1 and 0)
Level III – Average risk (Scores of 1 to 3)
Level IVa – Above average risk (Scores of 4 and 5)
Level IVb – Well above average risk (Scores of 6+)

The Stable 2007 risk assessment (STABLE 2007) was administered and this evaluation is helpful to identify dynamic/changeable risk factors that can be improved with client participation in treatment. Mr. Walker scored eight (8) which places him in the moderate risk area on this evaluation.

According to research provided in the STABLE-2007 EVALUATOR WORKBOOK REVISED 2017 by Andrew E. Brankley, L. Maaike Helmus, and R. Karl Hanson, combining the STATIC-99 score of one (1) with the STABLE-2007 score of eight (8) places Mr. Walker's risk in the Level III "Average" range. When compared with group estimates of individuals that have been adjudicated for a sexual offense, Mr. Walker's 5-year probability estimate for a future offense is outlined in the table below:

Sexual Recidivism 7.5%
Sexual (including sexual breaches) 8.1%
Violent (including contact sexual) 13.5%
Any Crime Recidivism 20.8%
Any Recidivism (including breaches) 26.7%

The Sexual Violence Risk 20 version 2 (SVR20v2) was administered and Mr. Walker scored evidence for six (6) of 20 risk factors, partial evidence for three (3) of the 20 risk factors, with no evidence for 11 of the risk factors. This score is combined and compared with the results of the SAPROF to arrive at a structured clinical judgement about re-offense risk. See below.

20

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

The Structured Assessment of Protective Factors (SAPROF) was administered and considered in conjunction with the SVR-20v2 results. Mr. Walker is considered to be in the moderate to low-risk range by this writer. Mr. Walker's risk level is likely to be lowered if he participates in the treatment and supervision recommendations outlined in this report.

Please note that according to research, sexual offenders do not reoffend as often as other types of offenders (Beck & Shipley, 1989; Cunliffe & Sheperd, 2007; Hanson & Thornton, 2000; Harris, Phenix, Hanson, & Thornton, 2003) and that sexual offenders that have had good quality sex offender treatment show even lower rates of recidivism (Cortoni & Nunes, 2007; Hanson, Bourgon, Helmus, & Hodgson, 2009; Hanson et al., 2002; Lösel & Schmucker, 2005). A 2005–2014 Bureau of Justice Statistics (BJS) report found that people convicted of sex offenses were less likely to be rearrested than people convicted of other offenses.

## RECOMMENDATIONS

1. Mr. Walker is recommended for substance abuse treatment to address a significant history of alcohol abuse. This treatment must be a priority. Group treatment sessions are recommended to assist Mr. Walker to improve his social comfort.

2. It is recommended that Mr. Walker be assessed by a professional skilled in psychology and psychotropic medication to determine if Mr. Walker would benefit from prescribed medication.

3. It is recommended that Mr. Walker receive sexual offender treatment services from a Clinical Member of the Association for the Treatment of Sexual Abusers (ATSA) and that he successfully completes the program. Group treatment sessions are recommended to assist Mr. Walker to improve his social comfort and skills.

4. Mr. Walker would benefit from supervision (probation) to monitor his compliance and accountability with the recommendations.

5. It is recommended that Mr. Walker be restricted from internet use until such time as his primary sex offender therapist believes his treatment progress and behavior warrant supervised or unsupervised internet use.

6. It is recommended that Mr. Walker be restricted from unsupervised contact with minors, until his primary sex offender therapist believes his treatment progress and behavioral control warrant a consideration for supervised or unsupervised contact.

It is this evaluator's opinion that effective risk reduction in the community could be addressed by a combination of services that include mental health treatment with qualified providers, sexual offender specific treatment with a Clinical Member of the Association for the Treatment of Sexual Abusers (ATSA), community supervision, mandatory treatment attendance until successful completion, and periodic polygraph examinations to assure that the subject is adhering to the expectations of his supervision and treatment.

# R. Drake Counseling Inc.

7521 Paula Drive
PO Box 262982
Tampa Florida 33685
813-368-9788   517-420-4542

Please contact me for any concerns or questions regarding this evaluation.

_____        01 / 11 / 2025
Robert (Ruben) Drake LMHC NCC CAP        Date
Florida License MH7324
Michigan License 6401017349

Mr. Drake is an Associate Fellow of the Albert Ellis Institute and is approved to provide treatment and supervision of Rational Emotive Behavior Therapy.  Mr. Drake has a private practice in Tampa Florida and East Lansing, Michigan (R. Drake Counseling Inc.).  Mr. Drake is also a Clinical Member of the Association for the Treatment and Prevention of Sexual Abuse (ATSA), a Clinical Member of the Florida Association for the Treatment and Prevention of Sexual Abuse (FATSA), and a Clinical Member of the Michigan Association for the Treatment and Prevention of Sexual Abuse (MI-ATSA). Mr. Drake is an approved provider for DUI Counterattack in Tampa, Florida and provides evaluation and treatment for substance abuse clients in his private practice.  Mr. Drake has also served as a supervisor and treatment specialist with the Psychological Management Group (PMG), Whitford Thomas Group, the ITM Group, G4S Youth Services (Clinical Director), Sunshine Youth Services (Clinical Director), and as a consultant and treatment program designer.