UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 8:24-cr-337-MSS-CPT

BRIAN TODD WALKER

**DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM**

COMES NOW the Defendant, BRIAN WALKER, and files this addendum to the previously filed sentencing memorandum. Included as attachments to this addendum are letters of support from the following:

1) Jane Walker, Mr. Walker's mother;

2) Jeff Walker, Mr. Walker's brother;

3) John and Sandrine Chazaud, Mr. Walker's friends and neighbors;

3) Robert Bourcheau, Mr. Walker's former coworker;

4) Carrie Illyes, Mr. Walker's former coworker;

5) Axel and Dexter Walker, Mr. Walker's children.

U.S. v. Walker                                    Case No. 8:24-cr-337-MSS-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ *Nicholas Chotos*
Nicholas Chotos
Florida Bar No. 112871
210 N. Pierce Street
Tampa, Florida 33602
Telephone: (813) 228-7095
E-mail: nick@tampadefenseattorney.com

**Nick Chotos**

**From:** Jane Walker <norwalkjane@gmail.com>
**Sent:** Friday, June 20, 2025 1:04 PM
**To:** Nick Chotos
**Subject:** Brian Walker

Nick, I'm not to good at expressing myself but here is a short statement.

Your honor
I come to you as a mom who wants Brian home sooner rather than later.  He is a good person and knows he needs to answer for his mistakes.  He understands the seriousness of his actions and is not proud of what he has done and has every intention to turn his life around.
Please consider a sentence that will allow him to still have a chance for a future for him as well as his family and friends.  I hope that he will serve his time at a location that will allow his family visitations.
Thank you
Jane Walker

My name is Jeff Walker, and I am Brian Walker's older brother. I am five ½ years older than Brian and even though there was an age gap we had a close relationship growing up. As we got older, we did a lot more together including fishing, sporting events, and traveling together. Brian has always been a person willing help anyone whether they were family, friends, or even a stranger. I am sure that is why he went into the career he chose so he could help others. I have never seen him do anything that would damage his integrity. He is human like all of us and can make mistakes, but the Brian I grew up with, and know today has always learned from his mistakes and turned into a better person. I know he lives for being with his two sons, taking them camping, fishing, and practicing hockey with them. That is all he ever talks about and misses them dearly.

Please consider his boys and our family when making your decision. We will always make sure mistakes are learned from and take responsibility of our consequences. I have had many conversations with him over the last 10 months and know he is truly remorseful of putting himself and everyone involved in this position. He wants to prove he is a model citizen moving forward for the rest of his life and I believe him and want to help be a key part of that, as do his friends and family.

Truly Sincerely,

Jeff Walker

*B Jeff Walker*

# Nick Chotos

**From:** Sandrine Chazaud <usa4work@aol.com>
**Sent:** Friday, June 20, 2025 8:42 PM
**To:** Nick Chotos
**Subject:** Fwd: Brian Walker

Sent from my iPhone

>
> Hello Nick,
>
> Jane Walker kindly gave us your email
> Address regarding Brian Walker's case.
>
> I met Brian when he worked for His dad who used to have an office in the same building I worked downtown Sarasota. We became friends. He was always very nice and kind. Then I met John and we had Julia.
> Brian met Ruth and he had Dexter and Axel 2 adorable boys. We were invited at the kids birthday parties. John and Brian went fishing. We had barbecue parties. We went to see his kids play hockey. We stayed friends all these years, I would say 20 years. Brian has always worked very hard to support his family. He was always present for his boys. We see him as a great friend, a great husband and a wonderful father.
>
> John and Sandrine
>
>
>
> Sent from my iPhone

1

**Nick Chotos**

**To:** Robert Bourcheau
**Subject:** RE: Witness statement

**From:** Robert Bourcheau <bourcheau2001@outlook.com>
**Sent:** Tuesday, June 17, 2025 5:39 PM
**To:** Nick Chotos <nick@tampadefenseattorney.com>
**Subject:** Witness statement

my name is Robert Bourcheau
I have known Brian Walker nearly 30 years. We have been very close as coworker's friends, best friends, and roommates.
 I would like to vouch for Brian.
  We were crew members together for 15 years and of course, as crew members for Southwest Airlines we went through vigorous background checks . He has served the public as compassionately and professionally as possible. His family has been my family. I could always count on his family to treat me as one of their own.
Please consider Brian's future as a father, family man, and my close friend. He has plenty of friends and family to support him, and to stand by him in the future. I know he is remorseful and anxious to make amends . As a father and a family man he wants to become a productive citizen upon his release.
Thank you for your time and we greatly appreciate your position.

# Nick Chotos

**To:** carrie illyes
**Subject:** RE: Brian Walker

> Hi Nick,
> My name is Carrie Illyes. I left a VM maybe a month or 2 ago regarding sending a letter for the judge to read prior to sentencing in hopes that it may help Brian's case. I know you may not have the time to understand or keep compassion at bay but, 10 years is absolutely ridiculous. I know you can't control the laws but, if he gets more than 10 years there will be an injustice somewhere and that I know you can control. I'm praying that not only are you genuinely unbiased about the situation but your due diligence will show at court.
> As you may know there's tens of thousands of people that have done 2 and 3 years for murder when Brian has never acted out. I was one of maybe only one other person he truly confided in and I know he has done his best for decades to never act on it and that's saying a lot considering all the people out there that have acted on and still acting on with zero or little justice. I'm not justifying the behavior but, it sure is strange how the ONE time he took it the farthest he's ever taken it is the one time he got caught. And thank goodness he did as it was, and will always be, THE lesson.
> His control up to that time needed resources and help to rehabilitate not prison time. From someone who was abused myself I can actually SEE the problem and it's not going away any time soon! Just like any other illness there needs to be help and support and not taboo and shame! Our country is so riddled with terrible criminal addicts that have the support of everyone and free narcan and housing and food and when they do anything criminal they get a slap on the wrist. Even if they kill someone.
> In 10-20 years when people understand and see how media is the "free drug" and thrown in the faces of people they will realize it's society setting men/women up for failure. WE, these people putting themselves out there, are causing this "trend"!!! And again, until there's help without shame it will get worse period. From the eyes of someone (and I bet if you even asked 100 pedophiles that acted out) that knows how bad people are, Brian is a poster child of perfection when it comes to what he has done compared to what he was capable of doing.
> Please show the judge all the convicted that has acted out in a disgusting criminal way in addition to all the millions of social media pages, porn sites, advertising that show the "popularity" and access to what he is actually being accused of doing, which he never actually did. The judge has no need to make an example of Brian no matter the depth of their personal feeling on the matter because we should all know just how bad this subject is and Brian is nowhere near what is truly going on out there. I know because I know his personal, deepest thoughts and desires.
> I will write a short letter for the judge and send it to you in hopes you will send it well before the sentencing date.
> Please feel free to call or text 6158042888 Best Regards Carrie Illyes

Dear your honor,

My name is Axel Walter, Brian Walker's youngest son. I am writing to you because I really miss him and want to spend time with him. I want to ride bikes with him, go fishing with him and I want him to go to my hockey games with me. I hope to see him soon.

Sincerely,
Axel

6/20/25

Dear Your Honor

My name is Dexter Walker, the son of Brian Walker. I am writing to explain that my dad is truly a good person. He has supported me through everything and always cared about me. Back then we would spend a lot of time together. Fishing, hiking, camping, and biking were many things we did, and he taught me how to do all of them. I hope to see my dad soon and continue having fun with him and making fond memories.

—Sincerely,
Dexter Walker