**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| CASE NO. | 8:24-cr-337-MSS-CPT | DATE: June 24, 2025 |
|---|---|---|
| TITLE: | USA v. Brian Todd Walker | |
| TIME: | 9:36 – 10:25 | TOTAL: 49 minutes |

| Courtroom Deputy: Ana Heard | Interpreter: N/A |
|---|---|
| Court Reporter: David Collier | Probation: Stephen Billig |
| Counsel for Government: | Courtney Derry |
| Counsel for Defendant: | Nicolas Chotos |

**CRIMINAL MINUTES**

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One and Two of the Indictment.

Allocution by Defendant.

Imprisonment: **ONE HUNDRED AND FIFTY-ONE (151) MONTHS**. This term consists of a ONE HUNDRED AND FIFTY-ONE (151) MONTH term as to Counts One and Count Two, all such terms to run concurrently.

Supervised Release: **TWENTY (20) YEARS.** This term consists of a TWENTY (20) YEAR term as to Counts One and Two, all such terms to run concurrently.

The Court makes the following recommendations to the Bureau of Prisons:
1. Defendant shall be placed at a facility in Arizona to be in close proximity to family and friends.
2. Defendant shall participate in UNICOR work and non-UNICOR work.
3. Defendant shall participate in any vocational or educational programs available.
4. Defendant shall participate in any alcohol treatment available while incarcerated.

Fine is waived.

Special Assessment: $200.00. This obligation is to be paid immediately.

Special conditions of supervised release:
1. Defendant shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. You shall follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third-party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.
2. Defendant shall register with the state sexual offender registration agency(s) in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by the probation officer.
3. The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex

    Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

4. Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, swimming pools etc.
5. Defendant is prohibited from possessing, subscribing to, or viewing, any images, videos, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.
6. The Court will permit the Defendant to have a computer or other computer device capable of connecting to an online service or internet service provider. However, the Defendant must disclose the device or any such device to their probation officer prior to its receipt. The Defendant must permit routine inspection of any such device. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. The Defendant must not use a computer at a public library, an internet cafe, or an educational facility. The Court will allow the Defendant to use a computer at a place of employment. Also, you are prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use a device, you must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.
7. Defendant shall have no contact, direct or indirect, with victims identified in Count One, "V1."
8. Defendant shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.
9. Defendant shall provide the probation officer access to any requested financial information.

The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year. Defendant shall refrain from any unlawful use of a controlled substance. Further the defendant shall submit to one drug within 15 days of placement on supervision and at least 2 periodic drug tests thereafter as directed by the probation officer.

Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and of right to counsel on appeal.

Forfeiture ordered by the Court. Forfeiture order is made a part of the Judgment.

### GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 41 |
| Criminal History Category | I |
| Imprisonment Range | 324 months - 405 months as to Count One and 240 months as to Count Two |

| Supervised Release Range | 5 years - Life |
| --- | --- |
| Restitution | Deferred |
| Fine Range | 50,000 - 500,000 |
| Special Assessment | $200.00 |
| JVTA | Not recommended |
| AVAA | Not recommended |